[Civil No. 1129.    Filed April 2, 1910.]

[108 Pac. 458.]

P. P. DAGGS, Administrator of the Estate of R. E. DAGGS, Deceased, and JOHN F. DAGGS, Administrator of the Estate of MALINDA E. DAGGS, Deceased, Plaintiffs and Appellants, v. HUGH R. DAGGS and P. B. LYONS, Defendants and Appellees.

APPEAL AND ERROR—AFFIRMANCE BY DIVIDED COURT.—A judgment will be affirmed on appeal, on equal division of the court.

APPEAL from a judgment of the District Court, Third Judicial District, in and for Maricopa County. Edward Kent, Judge. Affirmed.

Charles Woolf and J. B. Woodward, for Appellants.

Alexander & Christy and Alfred Franklin, for Appellees.

PER CURIAM.—In this case the justices sitting are equally divided upon the question of whether the trial court erred in rendering judgment for the appellees. Therefore, the judgment of the district court is affirmed, without a discussion of the assignments of errors made by appellants.